SCWC-15-0000040

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

RICHARD STAR, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000040; S.P.P. NO. 14-1-0017; CR. NO. 94-1549)

AMENDED ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Ahn, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Richard Star's application for writ of certiorari filed on December 24, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, February 3, 2016.

Lila Barbara Kanae                 /s/ Mark E. Recktenwald
for petitioner
                                   /s/ Paula A. Nakayama
Diane K. Taira
for respondent                     /s/ Sabrina S. McKenna

                                   /s/ Michael D. Wilson

                                   /s/ Karen S. S. Ahn

